CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 1 2014

JULIA C. DUDLEY, CLERK
BY: _____
 (DEPUTY CLERK)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES IRVIN TAYLOR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:14-cv-00315 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| UNNAMED, | ) | By:  Michael F. Urbanski |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 31st day of July, 2014.

/s/ Michael F. Urbanski
_____
United States District Judge